IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARY MANLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-01122-O |
| | § | |
| STOY LAW GROUP AND CHRISTOPHER STOY, | § | |
| | § | |
| Defendants. | § | |

### ORDER

On November 6, 2023, Plaintiff filed a Complaint (ECF No. 1) against Defendants. Summons were issued as to Defendants on November 7, 2023 (ECF No. 4). As of today, the docket does not reflect the return of executed summons. If a defendant is not served within 90 days after the complaint is filed, the Court must dismiss the action without prejudice or order proof of service. FED. R. CIV. P. 4(m). Accordingly, the Court **ORDERS** Plaintiff to provide proof of service as to each Defendant in accordance with Rule 4 **no later than February 14, 2024**. Alternatively, Plaintiff must demonstrate good cause for its delay or file a motion for alternative service by **February 14, 2024**.

SO ORDERED on this **6th day** of **February, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE