**Subject:**   RE: Activity in Case 4:23-cv-01122-O Manley v. Stoy Law Group et al Order
**Date:**   Monday, February 12, 2024 at 10:59:43 AM Pacific Standard Time
**From:**   ABC Process Service
**To:**   David M. Curtis, Carolyn Cirillo
**Priority:**   High
**Attachments:** image001.png

| Case: 4:23-CV-01122-P | Court: IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION | County: | Job: 10286357 |
|---|---|---|---|
| Plaintiff / Petitioner: Mary Manley | | Defendant / Respondent: STOY LAW GROUP PLLC, a Texas Domestic Limited Liability Company | |
| Received by: ABC PROCESS SERVICE | | For: DAVID M. CURTIS & ASSOCIATES, PC | |
| To be served upon: STOY LAW GROUP, a Texas Domestic Limited Liability Company by serving CHRISTOPHER E. STOY, Registered Agent | | | |

I, Lindsey T. Nance , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** STOY LAW GROUP, a Texas Domestic Limited Liability Company by serving CHRISTOPHER E. STOY, Registered Agent, 4055 International Plaza Suite 550, Fort Worth, TX 76109

**Manner of Service:**   Unsuccessful Attempt
**Documents:**   SUMMONS IN A CIVIL ACTION; PLAINTIFF'S ORIGINAL COMPLAINT; EXHIBIT A; EXHIBIT B

**Additional Comments:**

1) Unsuccessful Attempt: Jan 4, 2024, 12:00 pm CST at 4055 International Plaza Suite 550, Fort Worth, TX 76109

I tried to serve Mr. Stoy at the correct office location: 4055 International Plaza, Suite 550, Fort Worth, Texas 76109. This attempt was unsuccessful. The receptionist on duty informed me Mr. Stoy would be out of the office for "a week or two."

2) Unsuccessful Attempt: Feb 6, 2024, 4:16 pm CST at 4055 International Plaza Suite 550, Fort Worth, TX 76109

This attempt was unsuccessful. The receptionist on duty informed me Mr. Stoy would be out of the office for another week.

3) Unsuccessful Attempt: Feb 8, 2024, 9:33 am CST at 4055 International Plaza Suite 550, Fort Worth, TX 76109

The receptionist on duty informed me Mr. Stoy was out of the office for the day and could not give me a time when he would return.

_____        _____
Lindsey T. Nance          Date          _____
PSC-23351; EXP 9/30/2025
ABC PROCESS SERVICE
4834 Swiss Avenue
Dallas, TX 75204
1-800-361-2611

Thank you,
*Carolyn Cirillo*
ABC Process Service
214-220-0226
abc@abcprocessservice.com

**From:** David M. Curtis <david@laborassociates.com>
**Sent:** Monday, February 12, 2024 12:30 PM
**To:** Carolyn Cirillo <carolyn@abcprocessservice.com>; ABC Process Service <abc@abcprocessservice.com>
**Subject:** Fw: Activity in Case 4:23-cv-01122-O Manley v. Stoy Law Group et al Order

Please send me: (1) address of their law office; (2) number of times service was attempted; (3) process server's name.