IN THE UNITEDE STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARY MANLEY, | § § § § § § § § § § § § § § § | |
| PLAINTIFF, | | |
| v. | | Case No: 4:23-cv:01122 |
| STOY LAW GROUP PLLC, a Texas Domestic Limited Liability Company | | |
| And | | |
| CHRISTOPHER E. STOY, an individual | | |
| DEFENDANTS | | |

## ORDER AUTHORIZING SUBSTITUTE SERVICE

After considering Plaintiff's motion for substitute service and the supporting affidavits, the Court finds Plaintiff's attempts to serve Defendants have been unsuccessful and finds the substitute service requested in Plaintiff's motion will be reasonably effective to give Defendants notice of this suit.

Therefore, the Court GRANTS the motion and authorizes substitute service on Defendant, STOY LAW GROUP PLLC, a Texas Domestic Limited Liability Company, Christopher E. Stoy, Registered Agent, by leaving a true copy of the summons and attached Complaint with anyone more than eighteen years of age at Defendant's Business Address, which is 4055 International Plaza Suite 550, Fort Worth, Texas 76109 which is reasonably effective to give

it notice of the suit. FURTHER, the Court authorizes substitute service on Defendant, CHRISTOPHER E. STOY, an individual, by leaving a true copy of the summons and attached Complaint with anyone more than eighteen years of age at Defendant's Business Address, which is 4055 International Plaza Suite 550, Fort Worth, Texas 76109 which is reasonably effective to give him notice of the suit.

SIGNED and ORDERED on _____,2024.

_____
UNITED STTES DISTRICT JUDGE