IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MARY MANLEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.  4:23-cv-01122-O |
| § | |
| STOY LAW GROUP AND § | |
| CHRISTOPHER STOY, § | |
| § | |
| Defendants. § | |

## ORDER

On November 6, 2023, Plaintiff filed her Complaint (ECF No. 1) initiating this lawsuit. On February 15, 2024, Magistrate Judge Ray granted Plaintiff's motion for substitute service. ECF No. 11. Defendants Stoy Law Group and Christopher Stoy ("Defendants") were served with the Complaint on March 4, 2024. ECF No. 13. Despite receiving notice of this lawsuit, Defendants have still not appeared and the time to respond under Federal Rule of Procedure 12 has expired. In exercise of its inherent authority to manage its docket "with a view toward the efficient and expedient resolution of cases," *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016), the Court **ORDERS** Plaintiff to move for entry of default against Defendant or voluntarily dismiss this case no later than **April 9, 2024**. Upon entry of default, the Court further **ORDERS** Plaintiff to file a motion for default judgment under Federal Rule of Civil Procedure 55 within **14 days** of the entry of default. If necessary, and pursuant to Federal Rule of Civil Procedure 41(b), the Court will dismiss Plaintiff's claims against Defendants without prejudice if no such motion is filed.

**SO ORDERED** on this **26th day** of **March, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE